**In re SMITH & NEPHEW DYONICS, INC.**

No. 00–1507.

United States Court of Appeals, Federal Circuit.

DECIDED: Aug. 13, 2001.

Before SCHALL, BRYSON, and DYK, Circuit Judges.

*Judgment*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.